# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00495-JMB | 9/12/2022 | 1:00 PM – 4:48 PM | Sally J. Berens |

### CASE CAPTION

Lababneh v. Arbor Terrace et al

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| William F. Piper | Plaintiff Wafa Lababneh |
| I. Matthew Miller | Defendants Arbor Terrace, Big Rock Management |

### PROCEEDINGS

**NATURE OF HEARING:** Early Settlement Conference held; to be continued 9/13/2022 at 1 PM by video.

Proceedings Not Recorded
Deputy Clerk: J. Norton