UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAFA LABABNEH,

        Plaintiff,                        Case No. 1:22−cv−495

v.                                    Hon. Jane M. Beckering

ARBOR TERRACE , et al.,

        Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Early Settlement Conference
Date/Time:              September 13, 2022   01:00 PM
Magistrate Judge:    Sally J. Berens
Place/Location:       by video

*Continued from September 12, 2022.*

                                              SALLY J. BERENS
                                              U.S. Magistrate Judge

Dated:   September 12, 2022        By:   /s/ Julie Lenon
                                                        Judicial Assistant