# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00495-JMB | 9/13/2022 | 1:00 PM – 2:51 PM | Sally J. Berens |

## CASE CAPTION

Lababneh v. Arbor Terrace et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| William F. Piper | Plaintiff Wafa Lababneh |
| I. Matthew Miller | Defendants Arbor Terrace, Big Rock Management |

## PROCEEDINGS

**NATURE OF HEARING:** Continued Early Settlement Conference held; case settled; order re dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Norton