UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**WAFA LABABNEH,**

    Plaintiff,

v.                                        Case No. 1:22-cv-00495-JMB
                                              Hon. Jane M. Beckering

**ARBOR TERRACE, a corporation,
and BIG ROCK MANAGEMENT, a
corporation,**

    Defendants**.**
_____/

**WILLIAM F. PIPER, P.L.C.**
Attorneys for Plaintiff
**WILLIAM F. PIPER (P38636)**
1611 West Centre Avenue, Suite 209
Portage, MI 49024
(269) 321-5008
wpiper@wpiperlaw.com

**I. MATTHEW MILLER, PLLC**
Attorneys for Defendants
**I. MATTHEW MILLER (P51351)**
29566 Northwestern Hwy., Suite 110
Southfield, MI  48034
(248) 285-9303
matt@immillerlaw.com
_____/

### STIPULATED ORDER OF DISMISSAL

    At a hearing of said Court, in the City of Grand Rapids, County of Kent, State of Michigan on _____.

    PRESENT: HON. _____
                                    U.S. DISTRICT COURT JUDGE

1

Upon the stipulation of the parties, the Court having reviewed the files and records in this matter, and otherwise being fully advised in the premises;

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-captioned matter is DISMISSED with prejudice and without costs to any party.

                                                U.S. DISTRICT COURT JUDGE

Stipulated as to form and content by:

/s/ William F. Piper_____      /s/ I. Matthew Miller_____
WILLIAM F. PIPER (P38636)                       I. MATTHEW MILLER (P51351)
Attorney for Plaintiff                                           Attorney for Defendants