UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**WAFA LABABNEH,**

    Plaintiff,

v.

**ARBOR TERRACE, a corporation, and BIG ROCK MANAGEMENT, a corporation,**

    Defendants**.**

Case No. 1:22-cv-00495-JMB
Hon. Jane M. Beckering

_____/

**WILLIAM F. PIPER, P.L.C.**
Attorneys for Plaintiff
**WILLIAM F. PIPER (P38636)**
1611 West Centre Avenue, Suite 209
Portage, MI 49024
(269) 321-5008
wpiper@wpiperlaw.com

**I. MATTHEW MILLER, PLLC**
Attorneys for Defendants
**I. MATTHEW MILLER (P51351)**
29566 Northwestern Hwy., Suite 110
Southfield, MI  48034
(248) 285-9303
matt@immillerlaw.com

_____/

**STIPULATED ORDER OF DISMISSAL**

~~At a hearing of said Court, in the City of Grand Rapids, County of Kent, State of Michigan on _____.~~

~~PRESENT: HON. _____~~
~~U.S. DISTRICT COURT JUDGE~~

1

Upon the stipulation of the parties, the Court having reviewed the files and records in this matter, and otherwise being fully advised in the premises;

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-captioned matter is DISMISSED with prejudice and without costs to any party.


Dated: September 23, 2022

/s/ Jane M. Beckering
U.S. DISTRICT COURT JUDGE

Stipulated as to form and content by:


/s/ William F. Piper
WILLIAM F. PIPER (P38636)
Attorney for Plaintiff

/s/ I. Matthew Miller
I. MATTHEW MILLER (P51351)
Attorney for Defendants